# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    **Crim. No. 7:06-CR-19-1F**

ADAM WHITFIELD SIMMONS

On August 14, 2012, the above named was placed on a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301
Phone: 910-354-2535
Executed On: June 1, 2015

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ 1ᵛ _____ day of _____ June _____, 2015.

James C. Fox
James C. Fox
Senior U.S. District Judge